# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Craig A. Strong aka Craig Alan Strong      CHAPTER 13

                Debtor(s)      BKY. NO. 16-15394 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Carrington Mortgages Services, LLC and index same on the master mailing list.

     Respectfully submitted,
     **/s/ Rebecca A. Solarz Esquire**
     Rebecca A Solarz, Esquire
     Kevin G. McDonald, Esquire
     KML Law Group, P.C.
     701 Market Street, Suite 5000
     Philadelphia, PA 19106-1532
     (215) 627-1322