Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
Chapter 13 Case No. 16-15394-PMM

CRAIG A. STRONG  
1030 MOCKING BIRD COURT  
ALLENTOWN  PA   18103

Petition Filed Date: 07/29/2016  
341 Hearing Date: 09/27/2016  
Confirmation Date: 02/23/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $507.22 |  | 01/28/2019 | $507.22 |  | 02/25/2019 | $507.22 |  |
| 03/25/2019 | $507.22 |  | 04/22/2019 | $507.22 |  | 05/20/2019 | $507.22 |  |
| 06/17/2019 | $507.22 |  | 07/15/2019 | $507.22 |  | 08/26/2019 | $507.22 |  |
| 09/23/2019 | $507.22 |  | 10/23/2019 | $507.22 | 6265225000 | 11/18/2019 | $507.22 | 6335378000 |
| 12/30/2019 | $507.22 | 6435478000 | 01/27/2020 | $507.22 | 6505958000 | 02/24/2020 | $507.22 | 6578856000 |
| 03/23/2020 | $507.22 | 6656734000 | 04/08/2020 | $507.22 | 6699810000 | 05/18/2020 | $507.22 | 6795461000 |
| 06/15/2020 | $507.22 | 6864477000 | 07/27/2020 | $507.22 | 6962998000 |  |  |  |

**Total Receipts for the Period: $10,144.40   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $24,201.24**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 12 | AMERICAN EXP CENTURION BANK<br>»» 012 | Unsecured Creditors | $534.56 | $64.73 | $469.83 |
| 5 | AMERICAN INFOSOURCE LP<br>»» 005 | Unsecured Creditors | $1,592.45 | $202.29 | $1,390.16 |
| 20 | BILL ME LATER AS SERVICER for SYNCHRONY BANK<br>»» 020 | Unsecured Creditors | $5,789.31 | $794.42 | $4,994.89 |
| 22 | CARRINGTON MORTGAGE SERVICES LLC<br>»» 022 | Mortgage Arrears | $1,440.26 | $1,440.26 | $0.00 |
| 10 | QUANTUM3 GROUP LLC as agent for<br>»» 010 | Unsecured Creditors | $980.42 | $127.47 | $852.95 |
| 7 | CREDIT FIRST NA<br>»» 007 | Unsecured Creditors | $1,288.22 | $163.65 | $1,124.57 |
| 18 | DEPARTMENT STORE NATIONAL BANK<br>»» 018 | Unsecured Creditors | $1,002.98 | $127.43 | $875.55 |
| 25 | FEDERAL LOAN SERVICING<br>»» 025 | Unsecured Creditors | $44,366.09 | $5,902.94 | $38,463.15 |
| 1 | KEY BANK USA N/A<br>»» 001 | Unsecured Creditors | $3,602.09 | $479.56 | $3,122.53 |
| 2 | KEY BANK USA N/A<br>»» 002 | Unsecured Creditors | $4,503.34 | $599.10 | $3,904.24 |
| 3 | KEY BANK USA N/A<br>»» 003 | Unsecured Creditors | $2,846.73 | $378.74 | $2,467.99 |
| 4 | KEY BANK USA N/A<br>»» 004 | Unsecured Creditors | $10,986.63 | $1,295.87 | $9,690.76 |
| 19 | LVNV FUNDING LLC<br>»» 019 | Unsecured Creditors | $350.18 | $31.82 | $318.36 |

**Chapter 13 Case No. 16-15394-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 11 | MERRICK BANK<br>»» 011 | Unsecured Creditors | $2,193.96 | $285.27 | $1,908.69 |
| 6 | MERRICK BANK<br>»» 006 | Unsecured Creditors | $3,952.28 | $525.83 | $3,426.45 |
| 13 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 013 | Unsecured Creditors | $5,152.34 | $685.46 | $4,466.88 |
| 14 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 014 | Unsecured Creditors | $5,957.40 | $792.63 | $5,164.77 |
| 15 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 015 | Unsecured Creditors | $1,661.14 | $215.99 | $1,445.15 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 021 | Unsecured Creditors | $7,055.28 | $938.72 | $6,116.56 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 023 | Unsecured Creditors | $12,081.19 | $1,607.42 | $10,473.77 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 024 | Unsecured Creditors | $470.64 | $62.58 | $408.06 |
| 16 | PSECU<br>»» 016 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | PSECU<br>»» 017 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | PSECU<br>»» 008 | Unsecured Creditors | $20,349.40 | $2,707.51 | $17,641.89 |
| 9 | PSECU<br>»» 009 | Unsecured Creditors | $15,328.32 | $2,039.44 | $13,288.88 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $24,201.24 | Current Monthly Payment: | $507.22 |
| Paid to Claims: | $21,469.13 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,050.59 | Total Plan Base: | $30,287.88 |
| Funds on Hand: | $681.52 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.