| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 16-15394-PMM

CRAIG A. STRONG  
1030 MOCKING BIRD COURT  
ALLENTOWN  PA    18103

Petition Filed Date: 07/29/2016  
341 Hearing Date: 09/27/2016  
Confirmation Date: 02/23/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/27/2020 | $507.22 | 6505958000 | 02/24/2020 | $507.22 | 6578856000 | 03/23/2020 | $507.22 | 6656734000 |
| 04/08/2020 | $507.22 | 6699810000 | 05/18/2020 | $507.22 | 6795461000 | 06/15/2020 | $507.22 | 6864477000 |
| 07/27/2020 | $507.22 | 6962998000 | 08/24/2020 | $507.22 | 7028475000 | 09/18/2020 | $507.22 | 7095711000 |
| 10/19/2020 | $507.22 | 7167494000 | 11/02/2020 | $507.22 | 7199222000 | 12/28/2020 | $507.22 | 7330912000 |
| 01/25/2021 | $507.22 | 7399051000 | 02/05/2021 | $507.22 | 7434506000 | 03/04/2021 | $507.22 | 7500158000 |
| 04/05/2021 | $507.22 | 7571754000 | 05/17/2021 | $507.22 | 7675917000 | | | |

**Total Receipts for the Period: $8,622.74    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $29,273.44**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 12 | AMERICAN EXP CENTURION BANK<br>»» 012 | Unsecured Creditors | $534.56 | $80.98 | $453.58 |
| 5 | AMERICAN INFOSOURCE LP<br>»» 005 | Unsecured Creditors | $1,592.45 | $260.77 | $1,331.68 |
| 20 | BILL ME LATER AS SERVICER for  SYNCHRONY BANK<br>»» 020 | Unsecured Creditors | $5,789.31 | $971.48 | $4,817.83 |
| 22 | CARRINGTON MORTGAGE SERVICES LLC<br>»» 022 | Mortgage Arrears | $1,440.26 | $1,440.26 | $0.00 |
| 10 | QUANTUM3 GROUP LLC as agent for<br>»» 010 | Unsecured Creditors | $980.42 | $160.52 | $819.90 |
| 7 | CREDIT FIRST NA<br>»» 007 | Unsecured Creditors | $1,288.22 | $210.99 | $1,077.23 |
| 18 | DEPARTMENT STORE NATIONAL BANK<br>»» 018 | Unsecured Creditors | $1,002.98 | $158.03 | $844.95 |
| 25 | FEDERAL LOAN SERVICING<br>»» 025 | Unsecured Creditors | $44,366.09 | $7,266.32 | $37,099.77 |
| 1 | KEYBANK<br>»» 001 | Unsecured Creditors | $3,602.09 | $590.26 | $3,011.83 |
| 2 | KEYBANK<br>»» 002 | Unsecured Creditors | $4,503.34 | $737.47 | $3,765.87 |
| 3 | KEYBANK<br>»» 003 | Unsecured Creditors | $2,846.73 | $466.21 | $2,380.52 |
| 4 | KEYBANK<br>»» 004 | Unsecured Creditors | $10,986.63 | $1,295.87 | $9,690.76 |
| 19 | LVNV FUNDING LLC<br>»» 019 | Unsecured Creditors | $350.18 | $48.73 | $301.45 |

**Chapter 13 Case No. 16-15394-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 11 | MERRICK BANK<br>»» 011 | Unsecured Creditors | $2,193.96 | $345.68 | $1,848.28 |
| 6 | MERRICK BANK<br>»» 006 | Unsecured Creditors | $3,952.28 | $647.27 | $3,305.01 |
| 13 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 013 | Unsecured Creditors | $5,152.34 | $843.81 | $4,308.53 |
| 14 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 014 | Unsecured Creditors | $5,957.40 | $975.72 | $4,981.68 |
| 15 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 015 | Unsecured Creditors | $1,661.14 | $266.86 | $1,394.28 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 021 | Unsecured Creditors | $7,055.28 | $1,155.52 | $5,899.76 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 023 | Unsecured Creditors | $12,081.19 | $1,978.69 | $10,102.50 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 024 | Unsecured Creditors | $470.64 | $62.58 | $408.06 |
| 16 | PSECU<br>»» 016 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | PSECU<br>»» 017 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | PSECU<br>»» 008 | Unsecured Creditors | $20,349.40 | $3,332.85 | $17,016.55 |
| 9 | PSECU<br>»» 009 | Unsecured Creditors | $15,328.32 | $2,510.46 | $12,817.86 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $29,273.44 | Current Monthly Payment: | $507.22 |
| Paid to Claims: | $25,807.33 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,451.32 | Total Plan Base: | $30,287.88 |
| Funds on Hand: | $1,014.79 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.