United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Craig A. Strong  
    Debtor

Case No. 16-15394-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Oct 12, 2021 | Form ID: 138OBJ | Total Noticed: 55 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Craig A. Strong, 1030 Mocking Bird Court, Allentown, PA 18103-4605 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 13768596 | | American Education Service, PO Box 2461, Harrisburg, PA 17105-2461 |
| 13815296 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13768597 | | Amex, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 13768598 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 13768599 | | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 14485499 | + | Carrington Mortgage Services LLC, c/o Rebecca Solarz,Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13768607 | + | Credit First NA, 6275 Eastland Rd, Brook Park, OH 44142-1399 |
| 13805533 | | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 13768609 | | Elizabeth Strong, 1030 Mocking Bird Ct, Allentown, PA 18103-4605 |
| 13768610 | | Federal Loan Servicing Credit, PO Box 60610, Harrisburg, PA 17106-0610 |
| 13768611 | + | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 13772510 | + | JP Morgan Chase Bank, NA, c/o Kevin S. Frankel, Esq., 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 13768615 | ++ | NATIONWIDE INSURANCE, SERVICE OF PROCESS TEAM, THREE NATIONWIDE PLAZA, MAIL CODE 3-11-310, COLUMBUS OH 43215-2410 address filed with court:, Nationwide Bank, 1 Nationwide Plz, Columbus, OH 43215-2226 |
| 13797511 | + | Nationwide, PO Box 23356, Pittsburgh, PA 15222-6356 |
| 13768620 | | Samuel Strong, PO Box 95, Irvona, PA 16656-0095 |
| 13768621 | | Society Natl/PHEAA, PO Box 61047, Harrisburg, PA 17106-1047 |
| 13856617 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 13 2021 03:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 13 2021 03:30:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13768600 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 13 2021 03:37:44 | Capital One Bank USA, NA, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 13768601 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 13 2021 03:37:45 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 13768602 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 16-15394-pmm    Doc 44    Filed 10/14/21    Entered 10/15/21 00:41:33    Desc Imaged
                          Certificate of Notice    Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 12, 2021 | Form ID: 138OBJ | Total Noticed: 55 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Oct 13 2021 10:36:16 | CBNA, 50 NW Point Blvd, Elk Grove Village, IL 60007-1032 |
| 13789276 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 13 2021 12:02:52 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14489186 | + | Email/Text: BKBCNMAIL@carringtonms.com | Oct 13 2021 03:30:00 | Carrington Mortgage Services, LLC, P.O. BOX 3730, Anaheim, CA 92803-3730 |
| 13768604 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 13 2021 03:37:47 | Citi Cards/Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 13768605 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 13 2021 03:30:00 | Comenity Bank/Avenue, PO Box 182789, Columbus, OH 43218-2789 |
| 13838359 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 13 2021 03:30:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 13768606 | | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 13 2021 03:30:00 | Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |
| 13805533 | | Email/Text: BKPT@cfna.com | Oct 13 2021 03:30:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 13768607 | + | Email/Text: BKPT@cfna.com | Oct 13 2021 03:30:00 | Credit First NA, 6275 Eastland Rd, Brook Park, OH 44142-1399 |
| 13768608 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 13 2021 03:37:44 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 13768613 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 13 2021 03:37:47 | MCYDSNB, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 13835629 | | Email/Text: bnc-quantum@quantum3group.com | Oct 13 2021 03:30:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 13768612 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 13 2021 10:36:16 | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 13768603 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 13 2021 03:37:44 | Chase Mortgage, PO Box 24696, Columbus, OH 43224-0696 |
| 13839517 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 13 2021 03:37:46 | Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, PA 71203 |
| 13774682 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Oct 13 2021 03:30:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 13836780 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 13 2021 03:37:47 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13812422 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 13 2021 03:37:47 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 13817951 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 13 2021 03:30:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13768614 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 13 2021 03:37:47 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 13838692 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 13 2021 03:37:44 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13768618 | | Email/Text: bankruptcynotices@psecu.com | Oct 13 2021 03:30:00 | PSECU, 1500 Elmerton Ave, Harrisburg, PA 17110-9214 |
| 13768616 | | Email/PDF: gecsedi@recoverycorp.com | Oct 13 2021 10:56:42 | PayPal Credit, PO Box 5138, Timonium, MD 21094-5138 |
| 13811557 | | Email/Text: bnc-quantum@quantum3group.com | Oct 13 2021 03:30:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |

Case 16-15394-pmm    Doc 44    Filed 10/14/21    Entered 10/15/21 00:41:33    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 12, 2021 | Form ID: 138OBJ | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| 13775944 | | Email/PDF: rmscedi@recoverycorp.com | Oct 13 2021 03:37:44 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13768622 | | Email/PDF: gecsedi@recoverycorp.com | Oct 13 2021 03:47:56 | SYNCB/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 13768623 | | Email/PDF: gecsedi@recoverycorp.com | Oct 13 2021 03:47:57 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 13768624 | | Email/PDF: gecsedi@recoverycorp.com | Oct 13 2021 10:56:42 | SYNCB/Walmart DC, PO Box 965024, Orlando, FL 32896-5024 |
| 14265989 | + | Email/Text: bncmail@w-legal.com | Oct 13 2021 03:30:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13768625 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 13 2021 03:37:47 | UNVL/CITI, PO Box 6241, Sioux Falls, SD 57117-6241 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13768617 | ## | Penn Credit Corporation, 916 S 14th St, Harrisburg, PA 17104-3425 |
| 13768619 | ## | Renew Financial, 1005 Brookside Rd Ste 200, Allentown, PA 18106-9028 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2021                     Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2021 at the address(es) listed below:

| **Name** | **Email Address** |
|---|---|
| KEVIN S. FRANKEL | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pa-bk@logs.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Carrington Mortgages Services  LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| STEPHEN J. PALOPOLI, III | on behalf of Debtor Craig A. Strong s.palopoli@verizon.net betsylavelle@yahoo.com |
| United States Trustee | |

District/off: 0313-4 User: admin Page 4 of 4
Date Rcvd: Oct 12, 2021 Form ID: 138OBJ Total Noticed: 55

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

___

In Re: Craig A. Strong
     Debtor(s)

Case No: 16−15394−pmm

Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/12/21

43 − 38
Form 138OBJ